# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00310-CV

**Timothy Daniel Caballero, Appellant**

**v.**

**Caroline Ann Bonneville, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-19-002917, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Timothy Daniel Caballero filed a notice of appeal challenging the trial court's order transferring venue of this suit. From this Court's review of the clerk's record, the order appeared to be interlocutory and not among the interlocutory orders from which interlocutory appeals can be taken. *See* Tex. Fam. Code § 155.204(h); *see also* Tex. Civ. Prac. & Rem. Code § 51.014; *Chalu v. Shamala*, 125 S.W.3d 737, 739 (Tex. App.—Houston [1st Dist.] 2003, no pet.). By letters dated November 3, 2021, and March 3, 2022, this Court's clerk requested a response from Caballero explaining the basis for this Court's jurisdiction over this appeal. This Court's clerk warned that failure to file a response by stated deadlines could result in dismissal. This Court's clerk sent the letters to the address Caballero supplied in his notice of appeal. Both letters were returned as undeliverable and unable to be forwarded.

Parties are required to notify the clerk of their addresses. *See* Tex. R. App. P. 9.1(b) ("A party not represented by counsel must sign any document . . . and give the party's mailing address, telephone number, fax number, if any, and email address."); *see also* Tex. Civ. Prac. & Rem. Code § 30.015(d) ("If the party's address changes during the course of a civil action, the party or the party's attorney must provide the clerk of the court with written notice of the party's new address.")

Though Caballero initially supplied a mailing address in his notice of appeal, he failed to keep the Court apprised of his address. He did not respond to the inquiry on jurisdiction and did not file any other document. Further, his brief was due twenty days after the clerk's record was filed on September 17, 2021. *See* Tex. R. App. 28.1 (appeals from interlocutory orders accelerated), 38.6(a) (briefs in accelerated appeals due twenty days after later of clerk's record and reporter's record filed). No brief or motion for extension has been filed.

We dismiss this appeal for want of jurisdiction, want of prosecution, and failure to respond to a notice from the clerk requiring a response within a specified time. *See* Tex. R. App. P. 42.3.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed

Filed: March 7, 2023

2